IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk

UNITED STATES OF AMERICA

v.                                                                    Case No. 2:24cr103

STACEY STOREY

## ORDER

Before the Court is Stacey Storey's, ("Defendant") Motion for Travel Funds.  ECF No. 4

The Defendant asks the Court to direct the U.S. Marshal to arrange for her non-custodial

transportation to court for a plea hearing. The Court finds that the Defendant is financially unable

to provide the necessary transportation to appear before the Court for the hearing.

Therefore, it is **ORDERED**, pursuant to 18 U.S.C. 4285, that the U.S. Marshals Service shall

arrange for Defendant's means of non-custodial transportation from Clanton, Alabama, so that

she arrives in Norfolk, Virginia, no later than 12:00 p.m. on Thursday, November 14, 2024.  The

U.S. Marshals Service shall also provide Defendant with an amount of money for subsistence

expenses during travel.

The Court **DIRECTS** the Clerk to provide a copy of this Order to all parties and the U.S.
Marshals Service.

**IT IS SO ORDERED.**

Norfolk, Virginia

October 4, 2024.

_____
/s/
Elizabeth W. Hanes
UNITED STATES DISTRICT JUDGE