IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case Nos. 2:24CR103 |
| STACEY STOREY, | |
| Defendant. | |

**MOTION FOR ISSUANCE OF ARREST WARRANT**

NOW COMES the United States of America by and through Jessica D. Aber, United States Attorney, and Elizabeth M. Yusi, Assistant United States Attorney, and, pursuant to Rule 9(a) of the Federal Rules of Criminal Procedure, respectfully requests this Honorable Court issue a warrant for the arrest of defendant STACEY STOREY, as supported by probable cause in the attached affidavit to be sworn and signed before the Court at the appropriate time.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: <u>December 10, 2024</u>    By: _____/s/_____
Elizabeth M. Yusi
Assistant United States Attorney